ALBANY,
August, 1808.

Pell
v.
Jadwin.

## White *against* Lovejoy.

Where a *fieri facias*, after it had been levied, was burnt by accident in the house of the deputy-sheriff, the court ordered a new *fieri facias* to be made out and delivered to the sheriff.

A FIERI FACIAS was issued in this cause, and levied on the goods of the defendant, and afterwards, before a sale of the goods, it was burnt with other papers by an accidental fire, which consumed the house of the deputy-sheriff.

*N. Williams*, for the plaintiff, now moved that a new *fieri facias*, similar to the one destroyed, might be made out, and delivered to the sheriff.

*Per Curiam.* Take your rule for a new *fieri facias* to be made out, *nunc pro tunc.*

Rule granted.

## Pell and Pell, Assignees of the Sheriff, &c. *against* Jadwin and others.

On a motion to set aside proceedings in a suit on the bail-bond for irregularity, the affidavit is well entitled in the bail-bond suit.

*Foot*, in behalf of the defendants, moved to set aside the proceedings in this cause for irregularity.

*Sedgwick*, contra, objected, that the affidavits ought not to be received, as they were entitled in the suit on the bail-bond, and not in the original action.

*Per Curiam.* The papers are well entitled, and the defendant may take the rule on the usual terms.

Rule granted.